**UNITED STATES of America, Plaintiff–Appellee,**

v.

**J. Isidro Gerardo CORONA– CASTANEDA, Defendant– Appellant.**

**No. 06–10534.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 14, 2008.*

Filed Jan. 22, 2008.

Steven M. Crass, Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Robert W. Rainwater, Esq., Federal Public Defender's Office, Fresno, CA, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

### MEMORANDUM **

J. Isidro Gerardo Corona–Castaneda appeals from the 77–month sentence im-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

posed upon re-sentencing following remand pursuant to *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Corona–Castaneda contends that his sentence is unreasonable because the district court gave too much weight to the Sentencing Guidelines thereby creating a *de facto* mandatory sentence. We disagree. The district court conducted a thorough analysis of the sentencing factors listed in 18 U.S.C. § 3553(a), and we conclude that Corona–Castaneda's sentence is not unreasonable. *See Gall v. United States,* — U.S. ——, 128 S.Ct. 586, 597–98, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.